IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DENNIS ATKINSON,<br><br>                Plaintiff,<br><br>v.<br><br>DR. BRUCE BURNHAM et al.,<br><br>                Defendants. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br>Case No. 2:16-CV-919-DB<br><br>District Judge Dee Benson |

In an Order dated April 24, 2018, the Court required Plaintiff to--within thirty days—show cause why his complaint should not be dismissed for failure to prosecute. (Doc. No. 20.) Plaintiff has not responded. The Court last heard from Plaintiff more than a year ago, on June 9, 2017, when he filed a motion that has since been terminated. (Doc. No. 8.)

IT IS THEREFORE ORDERED that, because Plaintiff has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's action is DISMISSED without prejudice. This case is CLOSED.

DATED this 22nd day of June, 2018.

BY THE COURT:

*/s/ Dee Benson*

JUDGE DEE BENSON
United States District Court